1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST LABORERS-EMPLOYERS
HEALTH & SECURITY TRUST, et al.,

                     Plaintiff(s),

     v.

TOP TO BOTTOM JANITORIAL, INC.,

                    Defendant(s).

NO. C06-806P

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

      The Court has received and reviewed Plaintiffs' Status Report (Dkt. No. 4), filed on August 21, 2006.  Defendant has been served, but has neither appeared nor answered.

      Plaintiffs are ordered, within 10 days of the date of this order, to move for a default in this matter or risk possible dismissal of their action.

      Filed this 22nd day of August, 2006.

                          BRUCE RIFKIN, Clerk

                    By     /s Mary Duett
                             Deputy Clerk

MINUTE ORDER