UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST LABORERS-EMPLOYERS
HEALTH & SECURITY TRUST et al.,

    Plaintiff(s),

v.

TOP TO BOTTOM JANITORIAL INC.,

    Defendant(s).

NO. C06-806P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

On August 24, 2006, the Clerk of the Court entered a default against Defendant in this matter (Dkt. No. 8). Since that date, Plaintiff has not filed for a default judgment.

Plaintiff is hereby ordered to:

1. File a default judgment in this matter by no later than October 6, 2006; OR

2. Show cause by October 6, 2006 why this matter should not be dismissed for failure to prosecute a claim.

Filed this 25th day of September, 2006.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
       Deputy Clerk

MINUTE ORDER